UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

96-31306
Summary Calendar
_____


MICHAEL ALBERS,

Plaintiff-Appellee,

versus

WAL-MART STORES, INC.,

Defendant-Appellant.

_____
Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-4278-D)
_____
June 30, 1997
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:*

     Wal-Mart challenges the judgment entered on a verdict against

them in this slip and fall case on grounds that the evidence does

not support the verdict.  Our review of the record persuades us

that the evidence is sufficient to support the verdict.  The

judgment is therefore

     AFFIRMED.

_____

     *Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.